UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,              No. 1:07-MJ-54

    vs.                      Hon. Hugh W. Brenneman, Jr.

TRINITY DAVIS,

        Defendant.
_____/

## ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss the complaint for unlawful flight to avoid prosecution against TRINITY DAVIS,

Leave of court is granted for the dismissal of the complaint.


Dated: Nov. 5, 2007        /s/ Hugh W. Brenneman, Jr.
                                      HUGH W. BRENNEMAN, JR.
                                      United States Magistrate Judge
                                      Western District of Michigan